IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**MISCELLANEOUS DOCKET NO.**_____

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
|     Robert J. Scanlan | : | Case No. 25-11164 (PMM) |
|                    Debtor | : | |
| | : | |
| Robert W. Seitzer, Trustee of the | : | |
| Debtor's Estate, | : | Adv. Proc. No. 25-00218 (PMM) |
|                   Plaintiff | : | |
|                   v. | : | |
| William J. Scanlan and Christine Scanlan | : | |
|                   Defendants | : | |

**MOTION OF DEFENDANTS WILLIAM J. SCANLAN
AND CHRISTINE SCANLAN FOR DETERMINATION
OF CORE OR NON-CORE STATUS OF POST-PETITION CLAIMS**

Defendants William J. Scanlan and Christine Scanlan, by and through their undersigned counsel, pursuant to 28 U.S.C. § 157, Local Bankr. R. 5011-1 of the United States Bankruptcy Court for the Eastern District of Pennsylvania and Local Rule 7.1.2 of the United States District Court for the Eastern District of Pennsylvania, hereby move for an Order determining the status of the Claims asserted against him as core or non-core matters.

                                                  Respectfully submitted,

                                                  SALMON, RICCHEZZA, SINGER & TURCHI LLP

                                                  By: _Sally J. Daugherty_
                                                      Sally J. Daugherty
                                                 Attorney ID. No. 58723
                                                 1601 Market Street
                                                 Suite 2500
                                                 Philadelphia, PA 19103
                                                 (215) 606-6628 – Office
                                                 (215) 606-6601 – Fax
                                                 sdaugherty@srstlaw.com
                                                 Attorneys for Defendants William J. Scanlan
                                                 And Christine Scanlan