# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**MISCELLANEOUS DOCKET NO.**_____

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
|     Robert J. Scanlan | : | Case No. 25-11164 (PMM) |
|                      Debtor | : | |
| | : | |
| Robert W. Seitzer, Trustee of the | : | |
| Debtor's Estate, | : | Adv. Proc. No. 25-00218 (PMM) |
|                      Plaintiff | : | |
|                v. | : | |
| William J. Scanlan and Christine Scanlan | : | |
|                     Defendants | : | |

**MEMORANDUM OF LAW IN SUPPORT OF THE MOTION OF DEFENDANTS WILLIAM J. SCANLAN AND CHRISTINE SCANLAN FOR DETERMINATION OF CORE OR NON-CORE STATUS OF POST-PETITION CLAIMS**

Defendants William J. Scanlan and Christine Scanlan, by and through their undersigned counsel, pursuant to 28 U.S.C. § 157, Local Bankr. R. 5011-1 of the United States Bankruptcy Court for the Eastern District of Pennsylvania and Local Rule 7.1.2 of the United States District Court for the Eastern District of Pennsylvania, hereby submits this Memorandum of Law in support of his motion for an Order determining the status of the Claims asserted against him as core or non-core matters.

**I.    LEGAL ARGUMENT:**

The Trustee has asserted claims against Mr. and Mrs. Scanlan under the Pennsylvania Uniform Voidable Transactions Act and for constructive fraud, also under PUTVA. Pursuant to Local Rule 5011-1, Defendants have also filed a Motion to Withdraw the Reference of this Adversary Proceeding. The crux of the Trustee's claims is that Mr. Scanlan had his paycheck deposited into a checking account held by Mr. and Mrs. Scanlan during the entirety of their

married life, and that the money was used to pay Mrs. Scanlan's credit cards.

The Trustee's claims are primarily grounded in state law rights and are non-core claims. Mrs. Scanlan is not a debtor, and did not file a proof of claim in the bankruptcy. Both defendants have made a timely demand for a jury trial. The non-core claims predominate over any core claims present in the Adversary Proceeding. All of the claims against Mrs. Scanlan are non-core claims.

## II. CONCLUSION:

For all of the foregoing reasons, Defendants respectfully request that the Court find that to the extent that the Adversary Proceeding contains both core and non-core claims, the non-core claims predominate over the core claims and submit an Order in the form attached hereto..

Respectfully submitted,

SALMON, RICCHEZZA, SINGER & TURCHI LLP

By: *Sally J. Daugherty*
    Sally J. Daugherty
    Attorney ID. No. 58723
    1601 Market Street
    Suite 2500
    Philadelphia, PA 19103
    (215) 606-6628 – Office
    (215) 606-6601 – Fax
    sdaugherty@srstlaw.com