# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**MISCELLANEOUS DOCKET NO.**_____

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
|     Robert J. Scanlan | : | Case No. 25-11164 (PMM) |
|                 Debtor | : | |
| | : | |
| Robert W. Seitzer, Trustee of the | : | |
| Debtor's Estate, | : | Adv. Proc. No. 25-00218 (PMM) |
|                 Plaintiff | : | |
|                 v. | : | |
| William J. Scanlan and Christine Scanlan | : | |
|                 Defendants | : | |

## ORDER DETERMINING CORE OR NON-CORE STATUS

AND NOW, this \_\_\_\_\_ day of _____, 2025, upon consideration of the Motion of Defendants William J. Scanlan and Christine Scanlan for an Order For Determination of Core or Non-Core Status of the claims asserted by the Trustee (the "Motion"); and the Court, having found that notice of the Motion and hearing on the Motion was proper and adequate; it is hereby

ORDERED that the Claims of the Trustee in the Adversary Action are predominantly Non-Core matters.

                                          BY THE COURT:

                                          _____
                                                              U.S.D.J.