# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**MISCELLANEOUS DOCKET NO.**_____

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
|    Robert J. Scanlan | : | Case No. 25-11164 (PMM) |
|                 Debtor | : | |
| | : | |
| Robert W. Seitzer, Trustee of the | : | |
| Debtor's Estate, | : | Adv. Proc. No. 25-00218 (PMM) |
|                 Plaintiff | : | |
|                 v. | : | |
| William J. Scanlan and Christine Scanlan | : | |
|                 Defendants | : | |

## **CERTIFICATE OF SERVICE**

    I, Sally J. Daugherty, attorney for Defendants William J. Scanlan and Christine Scanlan, hereby certify that on November 10, 2025, copies of Defendants' Motion For Determination of Core or Non-Core Matter, Memorandum of Law and Proposed Order were served upon the following by CM/ECF:

    Robert W. Seitzer
    Karalis, OC
    1900 Spruce Street
    Philadelphia, PA 19103

    Office of the Clerk
    Robert N.C. Nix Federal Building
    900 Market Street,
    Suite 400
    Philadelphia, PA 19107


                      */s/ Sally J. Daugherty*
                      Sally J. Daugherty